JS-6

1

2

3

4

5

6

7

8             UNITED STATES DISTRICT COURT
              CENTRAL DISTRICT OF CALIFORNIA
9                   WESTERN DIVISION

10

11   LIDIA BROADWAY,                    )  No. SACV 20-882-KS
                                        )
12        Plaintiff,                    )
                                        )
13                                      )  **JUDGMENT OF REMAND**
          v.                            )
14                                      )
     ANDREW SAUL,                       )
15   Commissioner of Social Security,   )
                                        )
16                                      )
          Defendant.                    )
17                                      )
                                        )

18

19        The Court having approved the parties' Stipulation to Voluntary Remand

20   Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment

21   ("Stipulation ") lodged concurrent with the lodging of the within Judgment of

22   Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the

23   above-captioned action is remanded to the Commissioner of Social Security for

24   further proceedings consistent with the Stipulation to Remand.

25

26   DATED:  December 3, 2020

27                                      _____

28                                      KAREN L. STEVENSON
                                        UNITED STATES MAGISTRATE JUDGE