# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIDIA BROADWAY, | ) No. SACV 20-00882 KS |
| | ) |
| Plaintiff, | ) [PROPOSED] ORDER AWARDING |
| | ) **EQUAL ACCESS TO JUSTICE** |
| v. | ) **ACT ATTORNEY FEES AND** |
| | ) **COSTS** |
| ANDREW SAUL, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Based upon, and subject to the terms of, the parties' Stipulation for Award and Payment of Attorney Fees, IT IS ORDERED that the Commissioner shall pay attorney fees and expenses the amount of TWO THOUSAND FOUR HUNDRED SIXTY-FOUR DOLLARS and EIGHTY-FIVE CENTS ($2,464.85), and costs under 28 U.S.C. § 1920 in the amount of FOUR HUNDRED DOLLARS ($400.00), as authorized by 28 U.S.C. §§ 2412(d), 1920.

Dated: January 15, 2021

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

1